1045

[No. 22796-7-II.  Division Two.  September 29, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH W. WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00244-3, James B. Sawyer II, J., entered January 8, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 24143-9-II.  Division Two.  September 29, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LISETTE AMBER TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-8-00263-2, Kenneth D. Williams, J., entered December 8, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 24631-7-II.  Division Two.  September 29, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FAITHE M. SHELDON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-00261-1, Leonard W. Costello, J., entered April 30, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.